IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LUKAS P. MERITHEW, <u>et. al.</u> | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | Case No. 3:08-cv-752 |
| | ) | |
| | ) | JUDGE HAYNES |
| INTERNATIONAL BROTHERHOOD | ) | |
| OF TEAMSTERS, <u>et. al.</u> | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motions to dismiss (Docket Entry Nos. 49, 54) are **GRANTED** with respect to Plaintiffs' Section 1983 claim. Plaintiffs' federal claim is **DISMISSED with prejudice**. Plaintiffs' state law claims are **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 7th day of April, 2010.

WILLIAM J. HAYNES, JR,
United States District Judge